Gbeke M. Awala
SCCF
125 Cemetery Road
Woodstown, NJ 08098

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

May 7, 2005

Office of the Clerk
United States District Court
District of Delaware
Lockbox 31
844 King St
U.S. Courthouse
Wilmington, De 19801

Civ No. 05-307

Dear Clerk:

Re: Awala vs Congress.

Please accept this motion as a Civil Action, pursuant to the Fed. R. of Civ. P. Rule 3. and the plaintiff is indigent and could not perform the service — Proof of Service upon the Congress or opposing counsel and sought the assistance of the Clerk of the Court.

<u>In forma Pauperis.</u>

Petition TO PROCEED in Forma Pauperis — pursuant to 28 U.S.C Section 1915(b)(4), the Petitioner/Plaintiff attaches a Copy of Prisoner Account Statement that Indicates that the prisoner Cannot afford to pay the Initial filing fees.

Submitted under penalty of Perjury to be True and Correct.

Respectfully Submitted

Gbeke M. Awala

Dated: 5/10/05.

<u>CLERK OF COURT</u>
Please Stamped Received the attached motion. Thank you.

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

_$85.50_

ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

5/9/05

_____          _____
         Date                              Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

------------------------------------------------------------
(Cut along dotted line)

(Note to Applicant: forward a copy of this Account Certification Form to each institution in which you have been confined for the six-month period prior to the date of this application.)

ACCOUNT CERTIFICATION FORM

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____          _____
         Date                              Authorized Officer of Institution

NOTICE TO PRISON OFFICIALS: Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis. 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward payments of 20% of the income credited to the prisoner's account during the preceding month, each month the amount in the account exceeds $10.00, until the entire filing fee has been paid.

GBEKE M. AWALA Pro Se
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

Chief Judge Sue L. Robinson
Office Of The Clerk
United States District Court
District of Delaware
Lockbox 31
844 KING St
U.S. Courthouse
Wilmington, DE 19801