IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, etal,
And the peolple of American Judges Rights Council. etal
Plaintiff

Civ No. 05-307

VS.

CONGRESS etal
Defendants,

CLASS ACTION.

MOTION FOR: CIVIL ACTION

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and A.J.R.C etal, Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations herein raised in the interest of Justice and parties involve. In support the plaintiffs states as follows:

1. JURISDICTION OF COURT
2. CONSTITUTIONAL PROVISIONS
3. STATEMENT OF FACTS.
4. RELIEF SOUGHT
5. AMERICAN JUDGES RIGHTS COUNCIL.
6. PLRA OBIGATION - FORMA PAUPERIS.
7. Other: GROUP Plaintiff Call. Increase Security for Judges.

Signatures: _____ /Reformer -Litigator    _____ Gbeke Michael Awala
MICHAEL J. GALLAGHER, JR.
Berlin, Voorhees, NJ 5-2-75

(1)

As well Sec. deprivation of Civil Rights, personal Injury, Survival, pain, Suffering, Performance due under a Contract. we Invoke — 42. U.S.CA 1983. et seq.

The Hasting Court noted, that Within, federal Courts, the Court may exercise their "Supervisory Power [to] formulate procedural rules not specifically required by the Constitution or the Congress." example exercise of <u>federal Supervisory power</u> over grand Juries — federal Courts still exclude evidence or reverse a Conviction based in part on inadmissible evidence if such exclusion or reversal is not required by the Constitution or the Congress. See Bank of Nova Scotia v. United States 487 U.S. 250, 108 S.Ct. 2369, 101 L.Ed.2d 228 (1988). <u>In this Case,</u>

What we are Infering is that the Judges rights as explained herein is equall to the Congress not thought it as a Robbery. But factual and philosophically Committed to protection.

(1)a

AFFIDAVIT IN SUPPORT

STATEMENT OF THE ISSUES   REMARKS   CONSTITUTIONAL.

TOPIC: Criticizing Judges is Something of an American Tradition, Judges are makers of Laws, from the bench, In the Pledge of Allegiance, the Court is Preserving America, Upholding the Commandments and Intent and purpose of the Congress, therefore, Congress shall provide more money to Increase the security systems, for Federal Judges and sponsor family research safety programs under the supervision of the American Judges Rights Council.

NAME OF PARTICIPANTS:

1. Gbeke M Awala
2.
3.
4.
5.
6. James McPherson — I can't vote because I'm a felon, but I have a right to petition for increase in the welfare of our judges because I have not seen any actual partiality in judgement, they are knowledgeable men and God made them rulers over us. So the U.S. Constitution should also equally protect them. So congress should bear the responsibility often in gross negligences, funded to discouraged fear from harmful sources.
7.
8.
9.
10.
11.
12. Michael J Gallagher JR — Lately I have seen Judicial members affected by the hazards of their job. I believe funding should not be limited to uphold the laws of Justice.

WE THE PEOPLE OF THE AMERICAN STATES AND UNANIMOUSLY IN SPIRIT OF LAW AND TRUTH SWORN AND DEPOSE OUR OPINION ABOUT THE ISSUES PRESENTED ABOVE AND OFFER FOR AMENDEMENT OR RECUSE OR CHANGE IN COMPLIANCE WITH THE INTENT OF THE CONSTITUTION OF THE UNITED STATES AND THE INTEREST OF THE PEOPLE. WE ARE NOT EXERCISING OUR FIST AMENDMENT RIGHT AS A RESULT OF MONETARY PROMISE BUT BASED ON CONCERN IN GOOD FAITH.

SIGNATURES: 1._____,2_____,3_____,4_____,5_____,6_____
7._____,8_____,9_____,10_____,11_____,12_____

DATED: 5/10/05.

(2).

"We are seeking damages to compensate for what the Act of Congress as acted Gross Negligence about, we do have ample standing to petition See: Supreme Court's decision in Carey v. Piphus, 435 U.S. 247, 266, 98 S.Ct. 1042, 55 L.Ed.2d 252 (1978) Which stated that a violation of procedural due process was actionable without a need to prove actual injury, or actual damages. See also: Sutton v. Cleveland Board of Education, 958 F.2d 1339, 1352, (6th Cir. 1992). (The denial of "Procedural due process is actionable for nominal damages without proof of actual injury). We need not show colorable or actual damage to Invoke damages — See 1 Timothy chap 5 vs 8 -
God Bless America "

(2a)



## (A). JURISDICTION.

# CONSTITUTION OF THE UNITED STATES

## PREAMBLE

WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, Insure domestic Tranquility, Provide For the Common defense, Promote the general Welfare, and Secure the Blessings of liberty to ourselves and Our posterity, do ordain and establish this CONSTITUTION for the United States of America.

## ARTICLE I

Section 1. All Legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 8. Para 8. To Constitute Tribunals Inferior to the Supreme Court.

To make Laws which shall be necessary and proper for Carrying Into Execution the Foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

(3.)

No Money Shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all Public money shall be published from time to time.

## ARTICLE II

Section 1. The executive Power shall be vested in a President of the United States of America. He shall hold his office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

As we recently Celebrated the Sixthieth year of Our Late President Franklin D. Roosevelt - passed away in Warm Springs. Ga. April 1945.
We are Thankful, for having Hon. Mr. George W. Bush. president.

Section 10. No State shall, without the Consent of Congress, enter into any Agreement or Compact with another State [Plaintiff, American Judges Rights Council - Proposes to enter into Security Contractual agreement with the excercise of Congress Consent.], because it is actual that American Judges are under Imminent danger.

(4)

# Article III

Section 1. The Judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, or which shall be made, under their Authority; — to all Cases affecting Ambassadors, other public ministers and Consuls — to all Cases — to Controversies to which the United States shall be a party — and between a State, or the Citizens thereof.

In all Cases both, as to Law and facts, with Such Exceptions, and under Such regulations as the Congress shall make.

# Article IV.

Section 1. Full Faith and Credit shall be given in each State to the Public Acts, Records, and Judicial Proceedings of every State. And the Congress may by general Laws prescribe the manner in which Such Acts, Records and proceedings shall be proved, and the effect thereof.

Section 2. The Citizens of each State shall be entitled to all privledges and Immunities of Citizens in the Several States.

(5)



Finally: The Court have ample Jurisdiction to review, For a redress the herein grievances Notwithstanding the aforementioned Articles but also under:

Title: 28 U.S.C.A. section 1331
and
28 U.S.C.A section 1332

<u>Diversity Jurisdiction</u>: The Plaintiff brought the action as a Citizen of the United States and based on Adversary system, The System of Trial practice in the United States and some other Countries in which each of the opposing or adversary parties has full opportunity to present and establish its opposing Contentions befor the Court.

OTHER JURISDICTIONS: federal Prevailing wage Act. Affirmative Action, and American with Disabilities Act of 1990 (42 U.S.C. section 12101, et seq.).

(6.)

Amendment I. [1791], U.S. Constitution; Congress Shall make no Law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of Speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

The Plaintiffs et al Witness against the Public Opinion, previously ascertained by accusation Criticizing Judges and was disturbed by the act of Violence threats Judges received, and it energies a persons of Low base Like the plaintiff to Take action that the Congress wouldn't Otherwise Take, It may Sound extreme but handing down tough Security Systems will eliminate Judges nervousness. As we Saw that the Judges are the biggest applaus Lines

In 2004, Gary Marx mobilized grass roots Supporters For Judges, and Launched the Judicial Confirmation Network. He is Focusing primarily on the Supreme Court battle ahead. His Coalition of Some 75 groups OF Social and economic Conservatives is already

(7)

Organizing First Conservative ad Supporting Bush's Judges — an attempt to Counter the recent barrage of ads run by People For the American Way.

And According To The President of the Federal Judges Association, Opinined that Judges are used to weathering Criticism quietly, but this round of that attack, Plaintiff feels burdens and thought to bear the Cumbrance and Strife of the Federal Judges, knowing that they are Rulers over us and which also are accountable for the Provision of Revenues Such as: Restitutions and Fines, and Santions and they have Substantial knowledge between good and evil.

The Court Provides business offices for
- Court personnel — from Judges to Secretaries
- Court related officials, Including prosecutors and Public defenders.
- Law enforcement, such as the Marshall's Office, and
- Local Legal Newspapers. And the Judges Privileges or immunities shall not be deprived without due process of Law

(8.)

# (B). CONSTITUTIONAL PROVISIONS:

Supreme Court Justices Kennedy and Thomas asked <u>Congress</u> for Money to add 11 Police Officers — Including one new Officer Just to assess threats against the Justices. And the Judicial Conference of the United States put in a $12 million request to Install home-Security Systems for more than 800 federal Judges. In Florida, where the States Supreme Court was besieged with angry phone Calls during the Schiavo Case. The Money Too Small.

This day to enforce any law which shall abridge the previledges of Judges, any one who wants to do harm can do them easily and quietly in Private lunch or Public Speech or in Chambers.

Amendment XIV [1865], U.S Constitution The Judges shall not be denied the equal protection of the Laws, especially with the Previous Conditions of Inadequate Security.

(9.)

# (C). STATEMENT OF THE CASE

Chief Justice Williams Rehnquist admits that the idea for National Coalition to End Judicial Filibusters, when over 200 Conservative groups have threatening to block a handful of Judges they call "extremist". The Plaintiff herein MR. Gbeke Michael Awala, et al, Confronting the War on Judicial faith, from fantansizing about a future participant as a Judge in the United States of Americas, as a Born-Citizen of the Same., hoping to secure his BIRTH Records. [see Exhibit 1] does not believe that there is or there were founded any explicit Judicial Conduct. Only Seven Judges have been Impeached in the house. and Convicted in the Senate; the Last was U.S. District Court Judge Walter Nixon in 1989.

Controversies issues that might become an attachment for Cause of action for malfeasance against a Judge or Judges must be limited without assigning any cause. Stop any presumptive Manslaughter.

(10.)

Ever since the husband and mother of a federal Judge in Chicago were brutally murdered in February, Judges have stepped up their reporting of death threats to the U.S. Marshals Service, which protects the Judges, and as a result Judges are requesting increased security and canceling public appearances. We recently Morns the Atlanta Court Shooting of Judge.

(D). RELIEF SOUGHT: According to the Fifth Book of Moses, in the Bible, called Deuteronomy chapter 1 vs. 16. "And I charged your Judges at that time, saying hear the causes between your brethren and Judges righteously between every man and his brother, and the stranger that is with him vs. 17, Ye shall not respect persons in Judgment; but ye shall hear the small as well as the great; ye shall not be afraid of the face of man; FOR THE JUDGMENT IS God's. and the cause that is too hard for you, bring it into me, and I will hear it." Says God Almighty.

(11).

And I Charged the Congress to reflect and attribute the Wisdom and ability of the Judges and penetrate the realities of all aspect of Creating Security, Instead that the Congress promises were Completely Untrustworthy and lacks Sufficient Indicia of reliability. Agreement with the Judges of the Lord and the Cansel of the Judges is a good thing. The Court Should grant herein.

(E). American Judges Rights Council: A non-published peaceable Coalition of International Law in their opinion keeps Courts Rights, hoping that the Current atmosphere Could Change "Every Issues we Case deeply about has the Finger prints of Judges in it. Sensitive matters Like Security extreme in which the Congress had ample power to provide beyond a reasonable doubt. An the Cancel will be reintroduced this year in the United States if deems Cognitive, there is a Tradition to Lower the threats against Judges and to uphold the Civil Rights of the Judges.

(12.)

<u>Damages Sought:</u> How Can the Plaintiff alone bear the problems of the Federal Judges, We choose to understand the Imminent need for Security to limit Working Group against the Judicial Ethics:

- Scope of Project is to Include the Combination of Municipal Service of Law enforcement, Fire Protection, and Emergency Management into one facility Centrally located Improving response Times and Judges Safety.

- Proposal Shall Include Specifications Packets are available from "<u>Europeans - Switzerland</u>" Politzei, but not limited to Complete design, project drawings, Scope and extent of Work Pertaining to the Planning and Management accordingly with the Act. We believe accordingly, To the Bible see : 1 Timothy chap 5, vs 8- But if any provide for his own not, and specially for those of his own house, he hath denied the faith and his worse than an Infidel. Congress should provide for his own Judges Adequately.

(13.)

Which Includes,

- Asset Protection Strategies for the family of a Judge in need of Security Protection.
- To ensure that no Judges enters a Nursing home
- And many other Commandments that Seemed Certain.

Conclusions: The Judges to whom the Case has been assigned may "Sua Sponte" or upon the order of exempted from arbitration upon a finding that the Objectives of an arbitration trial (Providing litigants with a Speeder and less expensive alternative to the traditional Courtroom trial) would realize For Good Cause. And, wherein Money damages in the amount of $10 BILLION Damages, exclusive of Interest Costs, Including legal fees within 120 days. As the parties Agrees herein. The Judges are so Important to the Oath of President.

Submitted under penalty of Perjury to be true and Correct.

Respectfully Submitted

Dated: 5/10/05

(14)