

Jeb Bush
Governor

John O. Agwunobi, M.D., M.B.A., M.P.H.
Secretary

05-307

May 6, 2005



FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Gbeke M. Awala
Salem County Correctional Facility
125 Cemetery Road
Woodstown, NJ 08098

Dear Mr. Awala:

This is in response to your letter dated April 27, 2005, regarding a request to file a Delayed Certificate of Birth through the Florida State Office of Vital Statistics.

The Office of Vital Statistics has searched the state repository in accordance with the information that you have provided, and no records were found. If you feel you were born in Miami-Dade County, you may wish to file a Delayed Certificate as discussed in previous letter.

Delayed Certificates of Birth are filed administratively in accordance with the standards of evidence set by Florida Statute, and Florida Administrative Code. To date you have not been able to supply sufficient evidence for this office to establish a Delayed Certificate of Birth in Florida. If there is no further documentation that you can provide to substantiate your claim to having been born in Florida, then we are unable to further assist you.

We once more refer you to the court in your county of residence who may be in a position to file a Delayed Birth Certificate in accordance with their laws.

Cordially,

Ken Jones
Deputy State Registrar
State Office of Vital Statistics

[See Exhibit 1]

P. O. Box 210, Jacksonville, Florida 32231-0042

(15)