INAUGURATION OF PRESIDENT BUSH

05-307

# Bush says spread of liberty is the 'calling of our time'

*The President Spends Billions on Defense–NOTT For Judiciary Committee*



President Bush takes the oath of office from Chief Justice William Rehnquist as Bush's wife, Laura, and daughters, Barbara and Jenna (right), stand by his side. AP/PAUL SANCYA

## President says policy will 'support the growth of democratic movements'

**INSIDE**

By PETER BAKER and MICHAEL A. FLETCHER
The Washington Post

transform U.S. foreign policy to make human rights the defining priority, arguing that only liberty would "break the...

from traditional U.S. policy and the Bush administration's practices in his first term when it worked with repres-

Capitol in a 21-minute address in which he used the words "free," "freedom" or "liberty" 49 times...



FILED
MAY 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



News Journal file photo/ROBERT CRAIG

er chief executive Bruce L. Hammonds' leadership, MBNA has :eled expansion plans, sold properties and reduced salaries.

d of the industry growth," chione said. "What we're ig is appropriately setting management levels to the ire industry growth."

MBNA employees ap-ached Thursday afternoon side the company's Wilm-on headquarters and others ched by telephone repeat-declined to comment.

MBNA still has a profitable ness, with more than 50 mil-cardholders. The company . Thursday fourth-quarter it climbed 9 percent to $768.9 ion. But the rate of growth slowed. A year ago, MBNA rted fourth-quarter profit up more than 30 percent.

avid Robertson, publisher he Nilson Report, a credit l industry newsletter, said credit card issuers are ex-encing a slowdown because ierce competition. With the age American now carry-three credit cards, the days apid expansion are over for industry, said Robertson other experts.

There is a recognition that steep growth curve we once is leveling off," Robertson i.

MBNA rival JPMorgan Chase & Co., the No. 2 U.S. card issuer, last week announced it was eliminating 1,900 credit card jobs in Tampa, Fla. JPMorgan Chase, which has its credit card unit based in Wilmington, cut 600 jobs in Delaware last year. Company officials say those cuts are being partially offset by the addition of 400 professional and technology jobs in Delaware.

Gov. Ruth Ann Minner said she was notified of MBNA's plans earlier this week when she spoke with MBNA chief executive Bruce L. Hammonds.

"We talked about their business and how it was doing, and they're doing exceptionally well," Minner said. "This just reflects that they have more employees than they need."

Minner said Hammonds assured her MBNA would continue to be a major player in the state, using advanced technology to offset the work force drop.

Still, the loss of jobs left Minner uneasy.

"Oh, it always worries you," Minner said. "Anytime I lose one job I'm concerned."

On Wall Street, MBNA's job reduction plan seemed to get a good reception. MBNA shares closed up 24 cents to $27.44 on the New York Stock Exchange.

"I saw the announcement as a huge positive," said Bob Millen, a portfolio manager with Jensen Investment Management in Portland, Ore. "It

in 2006 through the early retirement and severance program.

### Terms outlined

As for the terms of packages being offered to employees, Vecchione said they are "rich." He said he is confident the company will achieve its 1,000 volunteer target.

"We really believe this program offers the financial cushion to those people who want to retire early or pursue other opportunities," Vecchione said.

To be eligible for the voluntary retirement, an employee has to be at least 50 years old and have worked at MBNA for at least five years. If someone elects for early retirement, five years will be added to his or her age and five years also will be added to length of service for purposes of calculating pension payments. Those additions will boost the payments, Vecchione said. He said, because individual circumstances vary, it's not possible to provide a estimate of the average pension payment. He said the company is offering health insurance to early retirees until they are 65, with most of the cost borne by MBNA.

To be eligible for voluntary severance, an employee must have worked at MBNA for more than one year. Vecchione said the minimum severance payment will be 26 weeks of salary and then two weeks of salary for each year at MBNA. He said health insurance would continue until the end of the severance period on the same basis as if they were employed.

*Staff reporters Maureen Milford and Peter Bothum contributed to this article.*

*Contact Ted Griffith at 324-2880 or tgriffith@delawareonline.com*

Delaware's financial services sector is mired in a slowdown that began in the late 1990s, said Ed Simon of the state Department of Labor.

"It's not having the job growth that it did," said Simon, the department's acting director of labor market information. "It's one of our key industries, but the credit card industry as a whole has reached a maturity."

Delaware's banking and credit card industry exploded into a nearly two-decade boom in 1981, when the Financial Center Development Act encouraged many out-of-state banks to come to Delaware. The act helped create 20,000 jobs almost immediately.

Whether the industry continues to level off in Delaware depends on the answers to two big questions regarding MBNA: How many of the 1,000 jobs will disappear in Delaware, and how many job cuts will end up as early-retirement buyouts instead of layoffs? Company officials say they're confident they will reach their target of 1,000 voluntarily.

MBNA said Thursday if it does not reach its target of 1,000 retirement buyouts, it will lay off the remaining workers. It employs 10,500 in Delaware.

If MBNA achieves the job cuts through layoffs, the effect could be a solid punch to Delaware's economic gut, said Mike Helmar, an analyst with West Chester, Pa.-based Economy.com Inc. The chief concern is that some former employees would be collecting unemployment instead of working, but that's just part of the impact.

"If people are laid off they will look for other work, and may or may not find it at the

impact on the economy was minimal, Simon said. Researchers, chemists and others went on to work in sales or launched their own companies after taking a buyout, Simon said.

"Usually buyouts are good things," Simon said. "But it depends on how long they've been with the company, how lucrative the buyout is."

Judy McKinney-Cherry, director of the state's economic development office, said MBNA's move was necessary. "This is not unexpected, because in order to remain competitive, all companies have to be constantly looking for how can they reduce our cost and achieve the highest value," Cherry said.

Cherry said she and her staff have been working with financial sector officials to adjust to the changing economy.

"We are working to identify how we can take this segment of our economy and stabilize it and actually help it transform," Cherry said.

Cherry added that, should there be layoffs, the economic development office is prepared to work with displaced employees to find them new jobs.

MBNA's planned cutback seems to be part of a national trend of consolidation in the banking industry, Helmar said.

He said it's possible that other smaller financial firms in Delaware, such as Wilmington Trust Co., might follow suit.

"Some of the same sorts of things that occur with the bigger people, smaller companies try to emulate," Helmar said.

"Everybody's cutting cost where they can."

*Contact Peter Bothum at 324-2428 or pbothum@delawareonline.com*

cy of news coverage, call the public rom southern Delaware and other vspaper delivery, call 324-2700. Send reonline.com.



HERE!



2005 BMW 325xi LEASE PROGRAM
$339 mo. 36 month

Before all-wheel drive, it was called winter.

The Ultimate Driving Machine