IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Delaware

**FILED**
JUN -1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

GBEKE MICHAEL AWALA, ae al,
And the peolple of _____
_____
       Plaintiffs,

Civ. NO. 0597-KAJ [2]

VS.

DRBAPD etal [2]
Judicial Committee Of U.S. [1]
Federal Public Defenders. [3]
       Defendants,

CA No. 05-281-KAJ [3]

05-307-UNA [1]

MOTION FOR CONTINUANCE 90 days.

NOW COMES, the Plaintiff s, Gbeke Michael Awala, and _____, through Pro Se, respectfully moves this Honorable Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule 12(c) [b] Judgment. In support the Plaintiffs states as follows:

(1). MOTION FOR Amendment pursuant [1] to F.R. Civ P Rule 15 et seq.

(2). See 28 U.S.C. section 1344, The

(3). DISTRICT Court Cannot possess the office

(4). of the Congress, or recover the possession as such. The Court lack

(5). Jurisdiction to Impeach the Congress.

(6). The Plaintiff Moves pursuant to 28 U.S.C [b] Section 1343(1) To recover Damages from all defendat.

_Aw_
5/28/05



Gbeke M. Awala Pro Se
SCCF
125 Cemetery Road
Woodstown, NJ 08098

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570