IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __DELAWARE__

GBEKE MICHAEL AWALA, ae al, )
And the peolple of_____ )
_____ )
)
  Plaintiffs, )
)
)
)  Civ .NO. 05-307
VS. )
)  **FILED**
)
CONGRESS )  JUL - 5 2005
)
)  U.S. DISTRICT COURT
  Defendants, )  DISTRICT OF DELAWARE

MOTION TO PROCEED IN FORMA PAUPERIS
AND UNDER 28 US.C §1915

NOW COMES, the Plaintiff s, Gbeke Michael Awala, and _____, through Pro Se, respectfully moves this Honorable Court for an Order, Pursuant to the Federal Rules of Civil Procedures Rule __15__. In support the Plaintiffs states as follows:

(1).  I heared the Court has granted the right to proceed in forma pauperis, and in other to comply with the requirement of this court.

(2).  The plantiff hereby submitts a copy of prison account statement indicating he will not be able to pay the initial filing fees and would do so should he earn any wages or
(3).  income in near future which seems feasible in is cases.

(4).  Find attached are a complete last six Months account balance.

(5).  The plantiff shall file other plaedings soon and properly moves under Proof of service.

(6).  Otherwise if he may benefit from the requirements of Title 42 U.S.C§1990(U.S) MARSHALL TO PERFORM EXECUTE PROCESS AT A FEES THE PLAINTIFF WILL PAY.

Respectfully Submitted
GBEKE MICHAEL AWALA PRO SE

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 7 SOUTH |
| Report Date: | 06/11/2005 | Living Quarters: | G02-723U |
| Report Time: | 4:56:54 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7632 |
| FRP Participation Status: | No Obligation |
| Arrived From: | OAD |
| Transferred To: | |
| Account Creation Date: | 6/1/2005 |
| Local Account Activation Date: | 6/3/2005 4:34:52 AM |
| Sort Codes: | |
| Last Account Update: | 6/3/2005 4:34:52 AM |
| Account Status: | Active |
| ITS Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |



Gbeke M. Awala Pro Se
No. 82 074-054
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa 19105

Legal Mails:

Hon. Chief Judge Sue L. Robinson,
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, DE 19801